JAMES JONES and wife, ALBERTA JONES, v. R. H. HEWITT, et al., as Trustees of Mount Olive A. M. E. Church.

20 So. (2nd) 696          January Term, 1945
February 6, 1945          Division A

*M. R. McDonald,* for appellants.

*Joe D. Kinsey,* and *Howard G. Livingston,* for appellees.

PER CURIAM:

The record and briefs having been duly considered and no error appearing, the decree appealed from is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.